| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Jason** <br> First name <br><br> **Daniel** <br> Middle name <br><br> **Miller** <br> Last name and Suffix (Sr., Jr., II, III) | **Christine** <br> First name <br><br> **Marie** <br> Middle name <br><br> **Miller** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6963 | xxx-xx-3275 |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| Debtor 1 | | Jason Daniel Miller | |
| Debtor 2 | | Christine Marie Miller | Case number *(if known)* |

| | | | |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ■ I have not used any business name or EINs. | ■ I have not used any business name or EINs. |
| | Include trade names and *doing business as* names | Business name(s) | Business name(s) |
| | | EINs | EINs |

| | | | |
|---|---|---|---|
| **5.** | **Where you live** | **910 S. Phelps Dr.** <br> **Apache Junction, AZ 85120** <br> Number, Street, City, State & ZIP Code <br><br> **Pinal** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> Number, Street, City, State & ZIP Code <br><br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Jason Daniel Miller**
Debtor 2 **Christine Marie Miller**

Case number *(if known)* _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Jason Daniel Miller** | |
|---|---|---|
| Debtor 2 | **Christine Marie Miller** | Case number *(if known)* |

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 4

Case 4:19-bk-09658-SHG    Doc 1    Filed 08/01/19    Entered 08/01/19 16:45:50    Desc
Main Document     Page 4 of 12

Debtor 1 **Jason Daniel Miller**
Debtor 2 **Christine Marie Miller**             Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

|   | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Official Form 101  Case 4:19-bk-09658-SHG   Doc 1   Filed 08/01/19   Entered 08/01/19 16:45:50   Desc
**Voluntary Petition for Individuals Filing for Bankruptcy**
Main Document    Page 5 of 12                                                                                          page 5

| Debtor 1 | Jason Daniel Miller |
|---|---|
| Debtor 2 | Christine Marie Miller |

Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Jason Daniel Miller | /s/ Christine Marie Miller |
|---|---|
| Jason Daniel Miller | Christine Marie Miller |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| CHawks1974@gmail.com | Crstn1227@yahoo.com |
| Email Address of Debtor 1 | Email Address of Debtor 2 |
| | |
| Executed on **August 1, 2019** | Executed on **August 1, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Jason Daniel Miller** | |
|---|---|---|
| Debtor 2 | **Christine Marie Miller** | Case number *(if known)* |

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ K.Neeley/C.Dutkiewicz/D.Paulsen/N.VanVleet
Signature of Attorney for Debtor

Date **August 1, 2019**
MM / DD / YYYY

**K.Neeley/C.Dutkiewicz/D.Paulsen/N.VanVleet 25899 /**
Printed name

**Neeley Law Firm, PLC**
Firm name

**2250 E. Germann Rd., Suite 11**
**Chandler, AZ 85286**
Number, Street, City, State & ZIP Code

Contact phone **480.802.4647**    Email address **ECF@neeleylaw.com**

**25899 / 24962 / 29225 / 26933 AZ**
Bar number & State

Miller, Jason and Christine -
ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON MN 55438


ALLY FINANCIAL
PO BOX 130424
SAINT PAUL MN 55113


AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998-1535


AMERICAN EXPRESS
PO BOX 10396
DES MOINES IA 50306-0396


AMERICAN EXPRESS
PO BOX 6985
BUFFALO NY 14240-6985


AMERICAN EXPRESS
PO BOX 297858
FORT LAUDERDALE FL 33329-7879


ARIZONA DEPARTMENT OF REVENUE
C/O TAX, BANKRUPTCY, AND COLLECTIONS
2005 N. CENTRAL AVE., STE. 100
PHOENIX AZ 85004


BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA FL 33634


BANK OF AMERICA, N.A.
PO BOX 982284
EL PASO TX 79998-2238


BEST BUY CREDIT SERVICES
PO BOX 790441
SAINT LOUIS MO 63179


CAPITAL ONE BANK (USA), N.A.
PO BOX 71083
CHARLOTTE NC 28272-1083


CAPITAL ONE BANK (USA), N.A.
PO BOX 30285
SALT LAKE CITY UT 84130-0258

Miller, Jason and Christine -
CENTURYLINK
PO BOX 91155
SEATTLE WA 98111-9255


CENTURYLINK
118 S. 19TH ST.
OMAHA NE 68102


CHASE BANK USA, N.A.
PO BOX 740933
DALLAS TX 75374


CHASE BANK USA, N.A.
PO BOX 15298
WILMINGTON DE 19850


CITIBANK | BESTBUY
PO BOX 790034
SAINT LOUIS MO 63179


EOS CCA
700 LONGWATER DR.
NORWELL MA 02061


EOS CCA
PO BOX 981002
BOSTON MA 02298-1002


EOS CCA
ATTN: BANKRUPTCY
PO BOX 329
NORWELL MA 02061


EQUIFAX CREDIT INFORMATION SERVICES, INC
PO BOX 740241
ATLANTA GA 30374


EXPERIAN INFORMATION SOLUTIONS, INC.
PO BOX 4500
ALLEN TX 75013


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101


MARCUS BY GOLDMAN SACHS
ATTN: BANKRUPTCY
PO BOX 45400
SALT LAKE CITY UT 84145

Miller, Jason and Christine -
NORTHERN ARIZONA HEALTHCARE
1200 N. BEAVER ST.
FLAGSTAFF AZ 86001


ORTHOARIZONA
3033 N. 44TH ST. STE 100
PHOENIX AZ 85018-7227


ORTHOARIZONA
2940 E. BANNER GATEWAY DR., STE. 200
GILBERT AZ 85234


SIMONMED
PO BOX 53582
PHOENIX AZ 85072


SIMONMED
PO BOX 204165
DALLAS TX 75320-4165


SONORA QUEST LABORATORIES
PO BOX 52880
PHOENIX AZ 85072


SONORA QUEST LABORATORIES
1255 W. WASHINGTON STREET
TEMPE AZ 85281


SONORA QUEST LABORATORIES
PO BOX 67150
PHOENIX AZ 85082-7150


SONORAN WELLS HOA
C/O TRESTLE MANAGEMENT GROUP
PO BOX 29170
PHOENIX AZ 85038-9170


SPECIALIZED LOAN SERVICING, LLC
8745 LUCENT BLVD., #300
LITTLETON CO 80129


SPECIALIZED LOAN SERVICING, LLC
ATTN: BANKRUPTCY
PO BOX 636005
LITTLETON CO 80163


SYNCHRONY BANK | CARE CARE/DISCOUNT TIRE
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO FL 32896-5060

Miller, Jason and Christine -
SYNCHRONY BANK | CARE CREDIT
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO FL 32896-5060


SYNCHRONY BANK | JCPENNEY
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO FL 32896-5060


THE ORTHOPEDIC CLINIC
2222 E. HIGHLAND AVE.
SUITE 300
PHOENIX AZ 85016


THE ORTHOPEDIC CLINIC
ATTN: 22527R
PO BOX 14000
BELFAST ME 04915-4033


TOYOTA FINANCIAL SERVICES
PO BOX 8026
CEDAR RAPIDS IA 52409-8026


TRANSUNION CONSUMER SOLUTIONS
PO BOX 2000
CHESTER PA 19016-2000


TRANSWORLD SYSTEMS, INC.
PO BOX 17221
WILMINGTON DE 19850


TRANSWORLD SYSTEMS, INC.
500 VIRGINIA DR., STE. 514
FORT WASHINGTON PA 19034-2707


VW CREDIT
P.O. BOX 3
HILLSBORO OR 97123


WAKEFIELD & ASSOCIATES, INC.
10800 E. BETHANY DR., #450
AURORA CO 80014


WAKEFIELD & ASSOCIATES, INC.
PO BOX 441590
AURORA CO 80044


WAKEFIELD & ASSOCIATES, INC.
PO BOX 58
FORT MORGAN CO 80701

Miller, Jason and Christine -
WAKEFIELD & ASSOCIATES, INC.
7005 MIDDLEBROOK PIKE
KNOXVILLE TN 37909


WALGREENS TAKE CARE HEALTH SYSTEMS, LLC
PO BOX 74008594
CHICAGO IL 60674-8594