Patrick T. Derksen (State Bar I.D. No. 023178)
Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com
Email: twitthoft@wdlawpc.com

Attorneys for Trustee, Jill H. Ford

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| JASON DANIEL MILLER and CHRISTINE MARIE MILLER, | Case No. 4:19-bk-09658-SHG |
| Debtors. | **TRUSTEE'S APPLICATION FOR EMPLOYMENT OF COUNSEL** |

Pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, Jill H. Ford ("Trustee") hereby submits her application to employ Witthoft Derksen, P.C. (the "Firm") as counsel for the Trustee in these chapter 7 proceedings, for the following:

1. The Trustee wishes to employ the Firm as general counsel to assist the Trustee in preserving property and pursuing claims and property of this Estate.

2. The professional services which the Firm will render include, but are not limited to, reviewing documents, reviewing law, preparing pleadings, conducting discovery and attending hearings.

3. Based upon the Declaration of Patrick T. Derksen in support of this Application to Employ Counsel, filed concurrently with this Application, the Trustee believes that the Firm is disinterested and does not hold or represent an interest adverse to this Estate and that employment of the Firm would be in the best interest of this Bankruptcy Estate.

WHEREFORE, Jill H. Ford, Trustee, respectfully requests that she be authorized to employ and appoint the firm of Witthoft Derksen, P.C., effective as of August 19, 2019, the filing date of this Application, to represent the Trustee in connection with these chapter 7 proceedings. The Trustee requests that, after appropriate application, notice and order of this Court, the Firm be paid its costs and fees incurred as a result of its appointment as counsel for the Trustee in this matter and that the Firm's fees and costs be paid on an hourly basis in accordance with the fee schedule attached to the Declaration of Patrick T. Derksen which is filed concurrently herewith in support of this Application.

Respectfully submitted,

By /s/ Jill H. Ford
Jill H. Ford, Chapter 7 Trustee

| | |
|---|---|
| 1 | Copy of the foregoing *e-mailed/mailed |
| 2 | this 19th day of August, 2019, to: |
| 3 | *Larry Watson |
| | United States Trustee |
| 4 | 230 North First Avenue, Suite 204 |
| | Phoenix, Arizona 85003-1706 |
| 5 | Larry.Watson@usdoj.gov |
| 6 | *Jill H. Ford |
| | P.O. Box 5845 |
| 7 | Carefree, Arizona 85377 |
| | Chapter 7 Trustee |
| 8 | jford@trustee.phxcoxmail.com |
| 9 | Jason Daniel Miller |
| | Christine Marie Miller |
| 10 | 910 S. Phelps Dr. |
| | Apache Junction, AZ 85120 |
| 11 | Debtors |
| 12 | *Kenneth L. Neeley |
| | Neeley Law Firm, PLC |
| 13 | 2250 E. Germann Rd., Suite 11 |
| | Chandler, AZ 85286 |
| 14 | ecf@neeleylaw.com |
| | Attorneys for Debtors |
| 15 | |
| 16 | |
| 17 | /s/ Patrick Derksen |